UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLANAPO OLAJIDE,<br>　　　　Plaintiff,<br>　v.<br>JERRY BROWN, et al.,<br>　　　　Defendants. | Case No. 3:17-cv-01017-JD<br><br>**ORDER RE TRO**<br>Re: Dkt. No. 11 |

Pro se plaintiff Olanapo Olajide seeks a temporary restraining order against defendants California governor Jerry Brown, California state treasurer John Chiang, and assemblyman Robert Bonta. Dkt. No. 11. The request is denied.

Even when liberally construed for a pro se movant, the TRO request does not state any basis for relief. The request is based on Olajide's amended complaint, Dkt. No. 10, but that complaint largely repeats the same unfocused commentary "on a myriad of subjects ranging from the illegitimacy of the United States Code and allegations of government persecution to the nature of legal tender and the gold standard" that the Court found infirm under 28 U.S.C. § 1915. Dkt. No. 9 at 2. Nothing in the amended complaint or the TRO application warrants injunctive relief of any sort.

This is Olajide's second unsuccessful TRO request. He may not file any more TRO or injunction requests without the Court's prior approval.

**IT IS SO ORDERED.**

Dated: August 14, 2017

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　United States District Judge